**U.S. DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**RECEIVED**

OCT 2 5 2019

TONY R. MOORE, CLERK
BY: _____ MB
DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| BEN WILLIAM MEAUX, Plaintiff | CIVIL DOCKET NO. 1:19-CV-1014-P |
| VERSUS | JUDGE DRELL |
| LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS, *ET AL.*, Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (Doc. 9), noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that all claims against the Louisiana Department of Corrections and Defendant Shelly Desselle, and the claim for monetary damages against James LeBlanc in his official capacity, are DENIED and DISMISSED WITH PREJUDICE under 28 U.S.C. § 1915A.

THUS DONE AND SIGNED at Alexandria, Louisiana, this 24th day of
_____OctoBER_____, 2019.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE