# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# ALEXANDRIA DIVISION

| | |
|---|---|
| BEN WILLIAM MEAUX #573291,<br>Plaintiff | DOCKET NO. 1:19-CV-01014, SEC-P |
| VERSUS | JUDGE DAVID C. JOSEPH |
| LA DEPT. OF PUBLIC SAFETY &<br>CORRECTIONS, ET AL,<br>Defendants | MAGISTRATE JUDGE JOSEPH H.L.<br>PEREZ-MONTES |

## J U D G M E N T

For the reasons contained in the REPORT AND RECOMMENDATION of the Magistrate Judge previously filed herein [Doc. 31], noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS HEREBY ORDERED that Defendants' MOTION TO DISMISS [Doc. 25] is GRANTED IN PART as to Plaintiff's claim for monetary damages against Warden Marcus Meyers and DENIED IN PART as to Plaintiff's individual capacity claim against Secretary James LeBlanc.

THUS, DONE AND SIGNED in Chambers on this 15th day of March 2022.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE