UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| BEN WILLIAM MEAUX, ET AL | CIVIL DOCKET NO. 1:19-CV-01014 |
| VERSUS | JUDGE DAVID C. JOSEPH |
| LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS, ET AL | MAGISTRATE JUDGE JOSEPH H.L. PEREZ-MONTES |

## JUDGMENT

For the reasons stated in the REPORT AND RECOMMENDATION [Doc.44] of the Magistrate Judge previously filed herein, and after an independent (de novo) review of the record, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

IT IS HEREBY ORDERED that Defendants' MOTION FOR SUMMARY JUDGMENT [Doc. 40] is GRANTED and Meaux's action is DENIED AND DISMISSED WITH PREJUDICE.

THUS, DONE AND SIGNED, in chambers on the 20th day of January, 2022.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE